IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD STEWART,

    Plaintiff,

v.

JOHN EASTERDAY, Administrator,
State of Wisconsin;
STEVE WATTERS, Former Director,
Sand Ridge Secure Treatment Center; and
DEB McCULLOCH, Director,
Sand Ridge Secure Treatment Center,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-409-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting defendants John Easterday, Steve Watters and Deb McCulloch's motion for summary judgment with respect to the First Amendment claim of plaintiff Ronald Stewart and dismissing his state law claim without prejudice.

_____       9/20/2011
Peter Oppeneer, Clerk of Court           Date